# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 4, 2026

The Honorable Gregory B. Williams           VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re: *Baby Jogger, LLC v. Baby Generation, Inc. d/b/a Mockingbird*,
        C.A. No. 24-725-GBW

Dear Judge Williams:

    Pursuant to the Court's December 23, 2025 Oral Order in this matter, the parties enclose for the Court's consideration a joint proposed Scheduling Order. The parties were unable to agree on dates for a schedule and competing proposals are set forth in the body of the schedule as well as in a table at the end of the schedule for the Court's convenience.

    The parties discussed providing the Court with a single, coordinated schedule for this action and the action captioned, *Baby Jogger, LLC v. Evenflo Company, Inc.*, C.A. 24-723-GBW. The defendants in both actions have proposed the same schedule, including a single *Markman* hearing, but could not agree to the submission of a single, coordinated schedule.  As a result, the parties in each action are providing the Court with a proposed schedule.

    While Defendants did not agree to a single scheduling order, they coordinated their proposed schedules—including a joint *Markman* hearing—to align with a decision expected by December 1, 2026, in pending *inter partes* reviews that may significantly impact claim construction or potentially resolve key issues. The two cases share only three of the seven asserted patents, and Defendants were concerned that Plaintiff's proposed single scheduling order would impose unnecessary limitations on briefing and discovery. Separate but aligned schedules better reflect the differences between the cases while still promoting efficiency.

    In view of the competing proposals in these actions, Counsel will be prepared to address their positions at the Court's convenience.

                                                   Respectfully submitted,

                                                  */s/ Andrew C. Mayo*

                                                  Andrew C. Mayo (#5207)

ACM/mlk
cc:    All counsel of record (via electronic mail)

{02203438;v1 }