**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BABY JOGGER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-725-GBW |
| | ) | |
| BABY GENERATION, INC. d/b/a MOCKINGBIRD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

AND NOW, this 10th day of November 2026, IT IS HEREBY ORDERED that the Court will hear oral argument on Defendant Baby Generation, Inc. d/b/a Mockingbird's Motion for Reargument (D.I. 59) on December 2, 2026, at 3:00 p.m., in Courtroom 6-B. Each side is allocated up to 20 minutes to present its argument. The parties shall have hand-delivered to Chambers by no later than 11:00 a.m., on December 1, 2026, two (2) courtesy copies of any presentation slides to be used during the oral argument. The parties can exchange copies of their respective slide presentations with each other at the beginning of the oral argument on December 2, 2026.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE