ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 23, 2026

The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Baby Jogger, LLC v. Baby Generation, Inc. d/b/a Mockingbird,*
C.A. No. 24-725-GBW

Dear Judge Williams,

I am Delaware counsel for Plaintiff, Baby Jogger, LLC ("Baby Jogger") and I write pursuant to Local Rule 7.1.2(c) in connection with Defendant Baby Generation, Inc. d/b/a Mockingbird's Motion for Reconsideration (D.I. 59) to advise the Court that Baby Jogger's petition to the United States Patent and Trademark Office to correct inventorship of U.S. Patent No. 11,192,568 was granted on November 17, 2026. A copy of the office action is enclosed.

Respectfully,

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/mlk

cc: All counsel of record (via electronic mail)
enclosure